

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00489-CR

**EX PARTE** Juan Jose **MONTOYA RODRIGUEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10358CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

Pending before the court is appellant's request to file supplemental briefing. We hereby GRANT appellant's request and ORDER that appellant's supplemented appellant's brief is accepted as filed. The State's January 23, 2023 brief in response to appellant's supplemented appellant's brief is also accepted as filed.

It is so **ORDERED** on January 25, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT